# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| WAYNE BERTRAM WILLIAMS, | :: | CIVIL ACTION NO. |
|     Petitioner, | :: | 1:02-CV-3362-BBM |
| | :: | |
| v. | :: | |
| | :: | |
| BRUCE CHATMAN, Warden, | :: | PRISONER HABEAS CORPUS |
|     Respondent. | :: | 28 U.S.C. § 2254 |

## ORDER AND OPINION

Now before the Court is Petitioner's Renewed Motion to Proceed on Appeal In Forma Pauperis, with attached affidavit of indigency.  [Doc. 80.]  The Prisoner Litigation Reform Act of 1995, Title 28 U.S.C. § 1915, requires that a prisoner's application to proceed in forma pauperis be accompanied by an affidavit that includes (1) an authorization allowing his custodian to withdraw funds from his inmate account, (2) a completed certificate from an authorized institutional officer regarding the current balance in his inmate account, and (3) a certified copy of his inmate account statement for the six month period immediately preceding the filing of his application.  Petitioner's affidavit includes none of the aforementioned items.

Accordingly, Petitioner's Renewed Motion to Proceed on Appeal In Forma Pauperis [Doc. 80] is **DENIED WITHOUT PREJUDICE**.  The Clerk of Court is **DIRECTED** to send to Petitioner, along with a copy of this Order, the appropriate

AO 72A
(Rev.8/82)

affidavit for a prisoner who is seeking leave to proceed on appeal in forma pauperis. Petitioner is advised that he must resubmit his application for leave to proceed in forma pauperis within thirty (30) days or, in the alternative, he may apply to the United States Court of Appeals for such leave.

**IT IS SO ORDERED**, this 21st day of December, 2006.

s/ Beverly B. Martin
BEVERLY B. MARTIN
UNITED STATES DISTRICT JUDGE

AO 72A (Rev.8/82)